UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 06- 384 M |
| v. | |
| DANNY QUACH, | DETENTION ORDER |
| Defendant. | |

Offenses charged in the Central District of California:

Count I: Distribution of MDMA, in violation of Title 21, U.S.C., Section 841(a)(1).

Count II: Distribution of Marijuana, in violation Title 21, U.S.C., Section 841(a)(1).

Date of Detention Hearing: July 25, 2006

The Court conducted both a detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry. The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the Central District of California to answer the charges.

The detention hearing was contested. The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the

DETENTION ORDER
PAGE -1-

1 appearance of the defendant as required and the safety of any other person and the
2 community.
3 The Government was represented by Ron Friedman. The defendant was
4 represented by Jennifer Wellman.
5 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>
6 (1) The defendant poses a risk of danger due to the nature of the instant
7 offense. At the time of his arrest a .9mm firearm was seized from his
8 home.
9 (2) Defendant's ties to the Western District of Washington are unreliable; he
10 is unemployed and this investigation alleges he resides with another person
11 also involved in marijuana growing. His family resides in California and
12 elsewhere. His passport reveals extensive international travel. The Court
13 finds the defendant to be a flight risk.
14 Thus, there is no condition or combination of conditions that would reasonably assure
15 future court appearances. The defense has asked to reserve the right to re-open the
16 matter of detention in the Central District of California which I have granted.
17 **It is therefore ORDERED:**
18 (l) Defendant shall be detained pending trial and committed to the custody of
19 the Attorney General for confinement in a correctional facility separate, to
20 the extent practicable, from persons awaiting or serving sentences, or being
21 held in custody pending appeal;
22 (2) Defendant shall be afforded reasonable opportunity for private
23 consultation with counsel;
24 (3) On order of a court of the United States or on request of an attorney for the
25 Government, the person in charge of the correctional facility in which
26 Defendant is confined shall deliver the defendant to a United States

DETENTION ORDER
PAGE -2-

Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of July, 2006.

_____
Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -3-